IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO. 4:12cr00241-01 JMM

STEVEN LOUIS McNAIR

## AMENDED JUDGMENT & COMMITMENT

The Judgment, entered in this case on July 19, 2013 (DE #18), is amended to correct a clerical error. Special conditions of probation imposed in open court were omitted from the judgment.

In addition to the standard conditions imposed, the defendant shall perform 100 hours of community service per year as directed by the probation officer for a total of 300 hours of community service. The location for the community service will be determined by the probation officer.

The defendant shall disclose financial information upon request of the U.S. Probation Office, including, but not limited to, loans, lines of credit, and tax returns. This also includes records of any business with which the defendant is associated. No new lines of credit shall be established without prior approval of the U.S. Probation Office until all criminal penalties have been satisfied. The remaining portions of the Judgment will remain in full force and effect.

The Clerk is directed to provide a copy of this order to the United States Probation Office and the United States Marshals Service.

IT IS SO ORDERED this 23rd day of July, 2013.

_____
UNITED STATES DISTRICT JUDGE